May Term, 1840.

THE STATE
v.
M'WHINNEY.

---

THE STATE *v.* M'WHINNEY.

It is not material to the offence of failing to file a certificate of the solemnization of a marriage, &c., that a marriage license should have issued.

Tuesday,
July 28.

ERROR to the *Wayne* Circuit Court.

BLACKFORD, J.—Indictment against a justice of the peace for not filing a certificate of the solemnization of a marriage, &c. The Circuit Court, on the defendant's motion, quashed the indictment.

. Two objections are made to the indictment. 1. It does not state that the marriage license was sealed; 2. It does not give the name of the clerk who issued the license.

These objections are not well founded. The offence is for not filing in the clerk's office a certificate of the solemnization of the marriage, within the proper time. It is not material to the offence, that a license should have issued.

*Per Curiam.*—The judgment is reversed with costs. Cause remanded, &c.

. *W. J. Peasley,* for the state.

· *J. S. Newman,* for the defendant.